**In re Petition for DISCIPLINARY ACTION AGAINST Dale LeRoy HANKE, an Attorney at Law of the State of Minnesota.**

No. C6-94-2393.

Supreme Court of Minnesota.

Oct. 27, 1995.

*ORDER*

WHEREAS, the Director of the Office of Lawyers Professional Responsibility has filed a petition alleging that respondent Dale LeRoy Hanke misappropriated client funds and bankruptcy trustee funds; and

WHEREAS, respondent has admitted the allegations of the petition, has waived any rights he has pursuant to Rule 14, Rules on Lawyers Professional Responsibility, and has entered into a stipulation with the Director in which they jointly recommend that the appropriate discipline is disbarment, with the payment of $750 in costs; and

WHEREAS, this court has independently reviewed the record and agrees that the conduct admitted to by respondent warranted the stipulated to disposition;

IT IS HEREBY ORDERED that Dale LeRoy Hanke is disbarred. The Director is awarded $750 in costs.

BY THE COURT:

/s/ Mary Jeanne Coyne
Mary Jeanne Coyne
Associate Justice